# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315−2 | User: aala | Date Created: 6/27/2013 |
| Case: 13−22174−TPA | Form ID: pdf900 | Total: 28 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| tr | Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| aty | Aurelius P. Robleto | apr@robletolaw.com |
| aty | Jennifer L. Cerce | jlc@mbm−law.net |
| aty | Peter J. Ashcroft | pashcroft@bernsteinlaw.com |

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Stephen J Neal, Sr. | 91 Delaware Drive | Cheswick, PA 15024 | |
| jdb | Lori A. Neal | 91 Delaware Drive | Cheswick, PA 15024 | |
| cr | Duquesne Light Company | c/o Peter J. Ashcroft | 2200 Gulf Tower | Pittsburgh, PA 15219 |
| cr | Penn Hills School District | c/o Maiello, Brungo &Maiello, LLP | 3301 McCrady Road | Pittsburgh, PA 15235 |
| 13646996 | ATTMobility II LLC | % ATTServices, Inc | Karen Cavagnaro, Paralegal | One ATTWay, Room 3A231   Bedminster, NJ 07921 |
| 13648071 | American InfoSource LP as agent for | T Mobile/T−Mobile USA Inc | PO Box 248848 | Oklahoma City, OK 73124−8848 |
| 13642606 | Armstrong Auto Sales | DBA H.C. Armstrong Co. Inc. | 360 Plum Street | Oakmont, PA 15139 |
| 13642607 | Beaver Avenue FCU | 2515 Preble Avenue | Pittsburgh, PA 15233 | |
| 13658111 | Beaver Avenue Federal Credit Union | c/o Weltman, Weinberg &Reis | 436 7th Avenue, Suite 1400 | Pittsburgh, PA 15219−1827 |
| 13656501 | Cavalry Portfolio Services | 500 Summit Lake Drive, Ste 400 | Valhalla, NY 10595 | |
| 13642608 | Cloverleaf Communities | 718 Cloverleaf Circle | Delmont, PA 15626 | |
| 13659073 | Duquesne Light Company | c/o Bernstein−Burkley, P.C. | 707 Grant Street | Suite 2200 Gulf Tower   Pittsburgh, PA 15219 |
| 13642609 | Ginnys | 1112 7th Avenue | Monroe, WI 53566 | |
| 13642611 | MRS Associates | 1930 Olney Avenue | Cherry Hill, NJ 08003 | |
| 13642610 | Midland Funding LLC | 8875 Aero Drive, Suite 200 | San Diego, CA 92123 | |
| 13660237 | Penn Hills School District | c/o Maiello Brungo &Maiello, LLP | 3301 McCrady Road | Pittsburgh, PA 15235 |
| 13642612 | Peoples Credit Co | 4950 NE 148th Avenue | Portland, OR 97230 | |
| 13642614 | RUI Credit Services Inc. | 225 Broadhollow Road | Melville, NY 11747 | |
| 13642613 | Rimco Financial Services | c/o Cloverleaf Communities | 718 Cloverleaf Circle | Delmont, PA 15626 |
| 13642615 | Seventh Avenue | 1112 7th Avenue | Monroe, WI 53566 | |
| 13652031 | Sprint Nextel | Attn Bankruptcy Dept | PO Box 7949 | Overland Park KS 66207−0949 |
| 13642616 | Verizon | PO Box 15124 | Albany, NY 12212 | |
| 13642617 | Verizon Wireless | PO Box 26055 | Minneapolis, MN 55426 | |

TOTAL: 23