# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315−2 | User: aala | Date Created: 6/27/2013 |
| Case: 13−22174−TPA | Form ID: B9I | Total: 29 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Stephen J Neal, Sr. | 91 Delaware Drive    Cheswick, PA 15024 |
| jdb | Lori A. Neal | 91 Delaware Drive    Cheswick, PA 15024 |
| ust | Office of the United States Trustee | Liberty Center.    1001 Liberty Avenue, Suite 970    Pittsburgh, PA 15222 |
| tr | Ronda J. Winnecour | Suite 3250, USX Tower    600 Grant Street    Pittsburgh, PA 15219 |
| cr | Duquesne Light Company | c/o Peter J. Ashcroft    2200 Gulf Tower    Pittsburgh, PA 15219 |
| cr | Penn Hills School District | c/o Maiello, Brungo &Maiello, LLP    3301 McCrady Road    Pittsburgh, PA 15235 |
| aty | Aurelius P. Robleto | Robleto Law    239 Fourth Avenue    Suite 1619    Pittsburgh, PA 15222 |
| aty | Jennifer L. Cerce | Maiello Brungo &Maiello    3301 McCrady Rd    Pittsburgh, PA 15235 |
| aty | Peter J. Ashcroft | Bernstein−Burkley, P.C.    Suite 2200, Gulf Tower    Pittsburgh, PA 15219−1900 |
| smg | Pennsylvania Dept. of Revenue | Department 280946    P.O. Box 280946    ATTN: BANKRUPTCY DIVISION    Harrisburg, PA 17128−0946 |
| 13646996 | ATTMobility II LLC | % ATTServices, Inc    Karen Cavagnaro, Paralegal    One ATTWay, Room 3A231    Bedminster, NJ 07921 |
| 13648071 | American InfoSource LP as agent for | T Mobile/T−Mobile USA Inc    PO Box 248848    Oklahoma City, OK 73124−8848 |
| 13642606 | Armstrong Auto Sales | DBA H.C. Armstrong Co. Inc.    360 Plum Street    Oakmont, PA 15139 |
| 13642607 | Beaver Avenue FCU | 2515 Preble Avenue    Pittsburgh, PA 15233 |
| 13658111 | Beaver Avenue Federal Credit Union | c/o Weltman, Weinberg &Reis    436 7th Avenue, Suite 1400    Pittsburgh, PA 15219−1827 |
| 13656501 | Cavalry Portfolio Services | 500 Summit Lake Drive, Ste 400    Valhalla, NY 10595 |
| 13642608 | Cloverleaf Communities | 718 Cloverleaf Circle    Delmont, PA 15626 |
| 13659073 | Duquesne Light Company | c/o Bernstein−Burkley, P.C.    707 Grant Street    Suite 2200 Gulf Tower    Pittsburgh, PA 15219 |
| 13642609 | Ginnys | 1112 7th Avenue    Monroe, WI 53566 |
| 13642611 | MRS Associates | 1930 Olney Avenue    Cherry Hill, NJ 08003 |
| 13642610 | Midland Funding LLC | 8875 Aero Drive, Suite 200    San Diego, CA 92123 |
| 13660237 | Penn Hills School District | c/o Maiello Brungo &Maiello, LLP    3301 McCrady Road    Pittsburgh, PA 15235 |
| 13642612 | Peoples Credit Co | 4950 NE 148th Avenue    Portland, OR 97230 |
| 13642614 | RUI Credit Services Inc. | 225 Broadhollow Road    Melville, NY 11747 |
| 13642613 | Rimco Financial Services | c/o Cloverleaf Communities    718 Cloverleaf Circle    Delmont, PA 15626 |
| 13642615 | Seventh Avenue | 1112 7th Avenue    Monroe, WI 53566 |
| 13652031 | Sprint Nextel | Attn Bankruptcy Dept    PO Box 7949    Overland Park KS 66207−0949 |
| 13642616 | Verizon | PO Box 15124    Albany, NY 12212 |
| 13642617 | Verizon Wireless | PO Box 26055    Minneapolis, MN 55426 |

TOTAL: 29